UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL G. IRIZARRY,

                Plaintiff,

vs.                                  Case No.  2:07-cv-154-J-33MCR

S.L. CARVER, Badge 6567,

                Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. # 6), entered on April 9, 2007, recommending that Plaintiff's Affidavit of Indigency (Doc. # 2), which the Court construed as a Motion to Proceed In Forma Pauperis, be denied without prejudice. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal

conclusions de novo, even in the absence of an objection. <u>See</u> <u>Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. The Report and Recommendation (Doc. # 6) is hereby **ACCEPTED** and **ADOPTED.**

2. Plaintiff's Affidavit of Indigency (Doc. # 2), which the Court construed as a Motion to Proceed In Forma Pauperis, is **DENIED WITHOUT PREJUDICE**

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this <u>27th</u> day of April, 2007.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record
Pro Se Plaintiff
Hon. Monte C. Richardson
    United States Magistrate Judge

-2-